IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ADVANCED PRACTICAL SOLUTIONS, LLC | ) | CASE NO. 10-57829 |
| | ) | |
| | ) | JUDGE CAROL A. DOYLE |
| Debtor(s) | ) | |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE CAROL A. DOYLE,
      BANKRUPTCY JUDGE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $4,175.21 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $34,252.10. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 2,925.21 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| | | |
| TOTAL COMPENSATION | $ 4,175.21 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                                $_____0.00

    The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: _____

/s/ Norman B. Newman
NORMAN NEWMAN, Trustee
MUCH SHELIST
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Advanced Pratical Solutions, LLC
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **06/06/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009214.0009**

11 - Trustee Matters

### FEES THROUGH JUNE 6, 2012

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 04/04/11 | NBN | Correspondences with G. Jordan and D. Lipke regarding accounts receivable collection proceeds (.30); review correspondences from D. Lipke regarding confirming additional documents and information requested at section 341 meeting (.20). | 0.50 |
| 04/06/11 | NBN | Reviewed account receivable proceeds. | 0.20 |
| 04/19/11 | NBN | Review order of reassignment of case. | 0.20 |
| 04/25/11 | NBN | Review information to value of Cadillac Escalade and correspondences with D. Lipke regarding same. | 0.30 |
| 04/29/11 | NBN | Review offer for vehicle and received account receivable and bank account proceeds. Correspondences with D. Lipke regarding same (.40); review bank statement and remaining account receivable information (.30). | 0.70 |
| 05/03/11 | NBN | Correspondences with attorney for United Central Bank regarding account receivable checks (.30); review offer for vehicle (.20). | 0.50 |
| 05/05/11 | NBN | Review notice fixing time to file claims (.20); review amended schedules and SOFA (.30). | 0.50 |
| 05/09/11 | NBN | Review proofs of claim. | 0.60 |
| 05/10/11 | NBN | Review sent notice fixing time to file claims. | 0.20 |
| 05/24/11 | NBN | Review amendment to Schedule F and review correspondences from D. Lipke regarding same (.20); review claim of Venn Strategies (.20). | 0.40 |
| 07/20/11 | NBN | Telephone conference with D. Lipke regarding payment for purchase of vehicle. | 0.20 |
| 08/03/11 | NBN | Review claim of James Fioie. | 0.20 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Advanced Pratical Solutions, LLC
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: \*\*\*\*\*\*

Invoice Date: **06/06/2012**

Billing Attorney: **Norman B. Newman**

Matter Number: **0009214.0009**

11 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/09/11 | NBN | Correspondences with M. Petrovic regarding replacement check for vehicle (.20); review correspondences from D. Lipke regarding cashier's check coming (.20); review claim register (.30). | 0.70 |
| 08/16/11 | NBN | Correspondences with D. Lipke regarding tax returns needed (.20); review affidavit of P. Hunn regarding accounting services (.20). | 0.40 |
| 08/19/11 | NBN | Review tax returns and claim register. | 0.70 |
| 10/06/11 | NBN | Discussion with P. Hunn regarding suggestion for handling tax return and provide receipts and disbursements information. | 0.30 |
| 11/08/11 | NBN | Correspondences with accountant regarding status of tax return (.10); review updated claim register (.40). | 0.50 |
| 01/23/12 | NBN | Correspondences with P. Hunn regarding receipts and disbursement information needed. | 0.20 |
| 02/01/12 | NBN | Correspondences with attorney for United Central Bank regarding status. | 0.20 |
| 02/14/12 | NBN | Correspondences with P. Hunn regarding account receivable collection and vehicle sale. | 0.20 |
| 04/26/12 | NBN | Review accountant's fee statement and issue check. | 0.20 |
| 05/22/12 | NBN | Review claim register and revised notice of stipulation resolving law firm claim. | 0.40 |
| | | **Total Hours** | **8.30** |