IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 10 B 57829 |
| ADVANCED PRACTICAL | ) | Hon. Carol A. Doyle |
| SOLUTIONS, LLC, | ) | |
| Debtor. | ) | |

### APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually, but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for the allowance of final compensation in the amount of $11,165.00 and reimbursement of expenses totaling $105.70 for services rendered during the period April 1, 2011 through June 6, 2012. In support of this application, Much Shelist states as follows:

1.  On December 31, 2010, Advanced Practical Solutions, LLC, (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Code. The Trustee was subsequently appointed, qualified and continues to serve as the Trustee herein.

2.  On April 11, 2011, this Court entered an Order authorizing the Trustee to employ Much Shelist as the Trustee's attorneys in this case.

3.  Much Shelist has no agreement with any other firm or person whatsoever with regard to its compensation in this case.

4.  During the time period covered by this application, Much Shelist provided 19.70 hours of services to the Trustee.

5. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 16.60 hrs. | $595.00/hr. | 9,877.00 |
| Colleen E. McManus | 1.20 hrs. | $440.00/hr. | 528.00 |
| Jeffrey L. Gansberg | 1.90 hrs. | $400.00/hr. | 760.00 |
| | | | |
| TOTAL | 19.70 hrs. | | $11,165.00 |

6. As more fully detailed in the chronological statement of services attached as Exhibit "A", Much Shelist provided services to the Trustee with respect to the following matters.

A. **General Administration (Tab No. 1)**: Much Shelist provided 4.20 hours of General Administrative services to the Trustee. Counsel participated in telephonic and written communications with the Debtor's attorney requesting copies of the Debtor's bank statements, loan documents and a status update on the unpaid accounts receivable. Much Shelist attorneys also corresponded with counsel for United Central Bank ("UCB") regarding UCB's first priority secured claim and its motion to compel abandonment of property. Counsel also reviewed loan documents pertaining to UCB's claim. Time was also spent reviewing debtor's amended schedules and statement of financial affairs.

The attorneys who provided General Administrative services to the Trustee and the time they expended are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 3.90 hrs. | $595.00/hr. | $2,320.50 |
| Colleen E. McManus | .30 hrs. | 440.00/hr. | 132.00 |
| | | | |
| TOTAL | 4.20 hrs. | | $2,452.50 |

B. **Retention of Professionals (Tab No. 2)**: Much Shelist expended a total of 1.70 hours of time with the preparation of and appearance in Court on the Trustee's motions to

employ Attorneys and Accountants. Counsel also corresponded with the Trustee's accountant regarding employment and tax return preparation.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 1.70 hrs. | $595.00/hr. | $1,011.50 |
| | | | |
| **TOTAL** | **1.70 hrs.** | | **$1,011.50** |

C. **Disposition of Assets (Tab No. 3):** Much Shelist expended 5.40 hours of time in connection with the disposition of bank account proceeds in conjunction with the motion to compel abandonment of property and the sale of a motor vehicle.

**Bank Account Turnover**: As previously stated, United Central Bank filed a motion to compel abandonment of property. After an extensive review of loan documents and telephonic communications with the Debtor's attorney regarding funds in the bank accounts, Much Shelist attorneys negotiated a settlement with counsel for UCB with respect to remaining funds in the Debtor's bank accounts. The Trustee retained $4,251.07 as a result of his agreement with UCB.

**Sale of Motor Vehicle**: Included as property of this estate was a 2006 Cadillac Escalade (the "Vehicle") owned by the Debtor free and clear of liens. Time was spent communicating with the Debtor's attorney with respect to an offer for the Vehicle, payment of the purchase price and transfer of title. Much Shelist prepared a notice, motion and order to sell the Vehicle to the Debtor's former principal for the sum of $12,500.00 and appeared in Court on same. The individuals who provided services to the Trustee in this category and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 4.50 hrs. | $595.00/hr. | $2,677.50 |
| Colleen E. McManus | .90 hrs. | $440.00/hr. | 396.00 |
| | | | |
| **TOTAL** | **5.40 hrs.** | | **$3,073.50** |

      **D.**     **Tax Issues (Tab No. 4):**    Much Shelist expended 1.50 hours in reviewing the Debtor's 2009 and 2010 tax returns, Schedules and Statement of Financial Affairs regarding tax liability. Time was spent communicating with the Trustee's Accountants on the preparation of the 2010 and 2011 tax returns and the business activity of the Debtor's principal. The individual who provided services in connection with this activity and the time expended by him is as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 1.50 hrs. | $595.00/hr. | $892.50 |
| | | | |
| **TOTAL** | **1.50 hrs.** | | **$892.50** |

      **E.**     **Claims Administration/Analysis (Tab No. 5):** A total of 5.40 hours of time was expended by Much Shelist reviewing the proofs of claim filed by: (i) United Central Bank, (ii) Bank Financial, (iii) Ford Motor Co. and (iv) Covington & Burlington. Counsel engaged in telephonic and written communications with the representatives of all four claimants requesting that their secured claims either be withdrawn or allowed as general unsecured claims based on the fact that the proceeds received in the estate did not result from the sale of these creditors' collateral. As a result of agreements reached with claimant's attorneys, these secured claims are to be allowed as general unsecured claims. Attorneys for the Trustee prepared a motion to approve a stipulation allowing Covington & Burling's claim as partially secured and partially

unsecured and attended Court for a hearing on same. The individuals who provided services in connection with this activity and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 3.50 hrs. | $595.00/hr. | $2,082.50 |
| Jeffrey L. Gansberg | 1.90 hrs. | $400.00/hr. | 760.00 |
| | | | |
| **TOTAL** | **5.40 hrs.** | | **$2,842.50** |

F. **Fee Matters (Tab No. 6):** A total of 1.50 hours of time was expended by Norman Newman on the preparation and filing of Much Shelist's final fee application. A summary of Mr. Newman's time is provided below.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 1.50 hrs. | $595.00/hr. | $892.50 |
| | | | |
| **TOTAL** | **1.50 hrs.** | | **$892.50** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

7. During the time period covered by this application, Much Shelist incurred out-of-pocket expenses in the amount of $105.70. Attached hereto as Exhibit "B" is a detailed itemization of expenses. The charge for photo copies is 10¢ per page. Much Shelist submits that these expenses were reasonable and necessary in connection with the services provided to the Trustee.

8. The services rendered by Much Shelist as the Trustee's attorney has resulted in a benefit to the creditors of this estate.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

(i) Awarding Much Shelist final compensation in the amount of $11,165.00 for the period April 1, 2011 through June 6, 2012;

(ii) Awarding Much Shelist reimbursement of out-of-pocket expenses in the amount of $105.70;

(iii) Authorizing the Trustee to pay Much Shelist the awarded compensation and expense reimbursement forthwith as an allowed Chapter 7 expense of administration of this estate; and

(iv) Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist, P.C.**

by: /s/Norman B. Newman
    One of its attorneys

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000
Facsimile: 312-521-2100
nnewman@muchshelist.com