UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   ADVANCED PRACTICAL   §   Case No. 10-57829
         SOLUTIONS, LLC       §
                              §   Hon. Carol A. Doyle
                  Debtor(s)   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on August 21, 2012 in Courtroom 742, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____   By:   /s/NORMAN NEWMAN
                                  Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ADVANCED PRACTICAL SOLUTIONS, LLC     § Case No. 10-57829
                                             §
                                             §
Debtor(s)                                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 34,252.10 |
| *and approved disbursements of* | $ 18,082.74 |
| *leaving a balance on hand of* [1] | $ 16,169.36 |
| **Balance on hand:** | $ 16,169.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Ford Motor Credit Company LLC | 11,842.08 | 0.00 | 0.00 | 0.00 |
| 8S | Covington & Burling LLP | 10,000.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 16,169.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 4,175.21 | 0.00 | 4,175.21 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 11,165.00 | 0.00 | 11,165.00 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 105.70 | 0.00 | 105.70 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 15,445.91 |
| Remaining balance: | $ 723.45 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 723.45

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 723.45

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 519,348.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Venn Strategies | 7,500.00 | 0.00 | 10.45 |
| 7 | BankFinancial, F.S.B., as successor | 179,034.63 | 0.00 | 249.39 |
| 8U | Covington & Burling LLP | 10,470.40 | 0.00 | 14.59 |
| 9 | James Fiore | 156,570.90 | 0.00 | 218.10 |
| 10 | United Central Bank | 165,772.41 | 0.00 | 230.92 |

Total to be paid for timely general unsecured claims: $ 723.45
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-57829-CAD
Advanced Practical Solutions, LLC                                     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte              Page 1 of 3                   Date Rcvd: Jul 26, 2012
                              Form ID: pdf006             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2012.
db           +Advanced Practical Solutions, LLC,   222 S. Riverside Plaza,   Suite 2900,
               Chicago, IL 60606-6201
16725032     +Andrew Gorogiani,   c/o Thomas Dakich,   9790 Summerlakes Dr.,   Carmel, IN 46032-9396
17366841     +BankFinancial, F.S.B., as successor,   to Downers Grove National Bank,
               c/o Ekl Williams & Provenzale,   901 Warrenville Rd, #175,   Lisle, IL 60532-4379
16725033     +Billy Mologousis,   8585 Johnston Rd,   Burr Ridge, IL 60527-7075
16725034     +Boris Mitrovic,   833 W 47th Place,   Chicago, IL 60609-4425
16636658     +Castle Bank,   121 W Lincoln Highway,   DeKalb, IL 60115-3609
16636659     +Covington & Burling,   1201 Pennsylvania Ave NW,   Washington, DC 20004-2494
16639499     +Downers Grove National Bank,   5140 Main Street,   Downers Grove, IL 60515-4610
16725035     +Ed Miller,   10219 Cherrywood Lane,   Munster, IN 46321-5123
17063585      Ford Credit,   PO Box 790093,   St Louis, MO 63179-0093
17252195     +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn, MI 48121-6275
16725036     +Freeborn & Peters,   311 South Wacker Drive, Suite 3000,   Chicago, IL 60606-6679
16725037     +Glenn Horton,   10320 Orland Parkway,   Orland Park, IL 60467-5658
16725038     +Hoosier Transport,   c/o Thomas Dakich,   9790 Summerlakes Dr.,   Carmel, IN 46032-9396
16725039     +Ilija Dedic,   150 French Road,   Burlington, IL 60109
16639500     +Illinois Department of Revenue,   PO Box 19475,   Springfield, IL 62794-9475
16639501     +Illinois Dept. Employment Security,   Bankruptcy Unit,   401 S. State St.,
               Chicago, IL 60605-1229
16639503     +James Fiore,   2401 Downing Ave.,   Westchester, IL 60154-5101
16725040     +Jim Geromidas,   c/o Paragon Restaurant,   1967 E 37th Ave.,   Hobart, IN 46342-2584
16725041     +Larry and Mary Baron,   804 Lakeview Ln,   Burr Ridge, IL 60527-5629
16725042     +Louie Ivanovic,   7411 Lake St.,   River Forest, IL 60305-1876
16725046     +MB Financial Bank,   6111 North River Road,   Des Plaines, IL 60018-5111
16725043     +Mark Doyle,   1033 W Van Buren St., 5th Floor,   Chicago, IL 60607-3299
17318592     +Mark Gruenhagen,   833 W Lincoln Highway,   Suite 110,   Schererville, IN 46375-4606
16725044     +Mark Gruenhagen,   2149 US Highway 41,   Schererville, IN 46375-2805
16725045     +Marquardt & Associates,   311 S County Farm Road,   Suite 300,   Wheaton, IL 60187-2477
16725047     +Michael Musa,   16650 S Canal St,   South Holland, IL 60473-2725
16725048      Mickey Straub,   1100 Sorie Blvd #314,   Oak Brook, IL 60523
16639504     #+Milan Petrovic,   8713 Balmoral Ct.,   Burr Ridge, IL 60527-7177
16725050     +Milos Orlic,   4411 N. Elston Ave.,   Chicago, IL 60630-4418
16725051     +Nick Dizonno,   Two First Financial Plaza,   20 South Clark Street, Suite 300,
               Chicago, IL 60603-1896
16725052     +Peter Dellaportas,   415 N LaSalle, Suite 200,   Chicago, IL 60654-2730
16725053     +Peter Kirsch,   4201 Dresden Street,   Kensington, MD 20895-3817
16725054     +Raghu Nayak,   124 Covington Ct,   Oak Brook, IL 60523-2574
16639505     +Regent Busines Centers,   222 S. Riverside Plaza, 29th Floor,   Chicago, IL 60606-6201
16725055     +Res Publica,   444 N Michigan Ave., Suite 3600,   Chicago, IL 60611-3901
16725057     +Scott Marquardt,   311 S County Farm Rd Ste 300,   Wheaton, IL 60187-2477
16725058     +Sprio Angelos & Dean Papadakis,   180 N. LaSalle St., Ste 2108,   Chicago, IL 60601-2701
16725059     +Thomas Dakich,   9790 Summerlakes Dr.,   Carmel, IN 46032-9396
16725060     +Tony Rio,   1272 N Wolcott # 2,   Chicago, IL 60622-3173
16725061      Venn Strategies,   805 15th St NW # 650,   Washington, DC 20005-2281

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16639502      E-mail/Text: cio.bncmail@irs.gov Jul 27 2012 02:38:34      Internal Revenue Service,
               Centralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA 19114
17153570      Fax: 202-326-4112 Jul 27 2012 03:06:24      Pension Benefit Guaranty Corporation,
               Attn: Michael A. Maricco, Attorney,   Office of the Chief Counsel,
               1200 K Street, N.W., Suite 340,   Washington, D.C. 20005-4026
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16725056      Rudy Bambic
16639507      United Central Bank,   Eric J Malnar/Stahl Cowen,   55 W Monroe St, Ste 1200
17424389*    +Covington & Burling LLP,   1201 Pennsylvania Ave. NW,   Washington, DC 20004-2494
17063586*    +James Fiore,   2401 Downing Ave,   Westchester, IL 60154-5101
16725049    ##+Milan Kesic,   8600 Beall St,   Dyer, IN 46311-2825
16639506    ##+Soodan & Associates,   100 N. LaSalle St., Ste 1800,   Chicago, IL 60602-3525
                                                                                TOTALS: 2, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: arodarte            Page 2 of 3              Date Rcvd: Jul 26, 2012
                              Form ID: pdf006           Total Noticed: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2012**                    **Signature:**    /s/ Joseph Speetjens

```
District/off: 0752-1          User: arodarte              Page 3 of 3                  Date Rcvd: Jul 26, 2012
                              Form ID: pdf006             Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2012 at the address(es) listed below:

```
          Christopher H Purcell    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
          Colleen E McManus    on behalf of Trustee Norman Newman cmcmanus@carlsondash.com
          Douglas J. Lipke    on behalf of Debtor   Advanced Practical Solutions, LLC dlipke@vedderprice.com,
           ecfdocket@vedderprice.com
          Eric J Malnar    on behalf of Creditor   United Central Bank f/k/a Mutual Bank
           emalnar@stahlcowen.com
          Gregory J Jordan    on behalf of Debtor   Advanced Practical Solutions, LLC gjordan@jka-law.com
          Jeff A Whitehead    on behalf of Creditor Thomas Dakich jeffwhitehead_2000@yahoo.com,
           jeffwhiteheadlawnotices@gmail.com
          Jeffrey L. Gansberg    on behalf of Trustee Norman Newman jgansberg@muchshelist.com,
           nsulak@muchshelist.com
          Michael A Maricco    on behalf of Creditor   Pension Benefit Guaranty Corporation
           maricco.michael@pbgc.gov, efile@pbgc.gov
          Norman B Newman    nnewman@muchshelist.com, IL63@ecfcbis.com;nsulak@muchshelist.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 10
```