# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: ADVANCED PRACTICAL SOLUTIONS, LLC     §   Case No. 10-57829

                                                §

                                                §

     Debtor(s)                                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $500.00                      Assets Exempt: N/A

*(without deducting any secured claims)*

Total Distribution to Claimants: $19,191.43       Claims Discharged

                                                Without Payment: N/A

Total Expenses of Administration: $15,060.67

---

3) Total gross receipts of $ 34,252.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $34,252.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $39,342.08 | $17,500.00 | $17,500.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,060.67 | 15,060.67 | 15,060.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 519,348.34 | 519,348.34 | 1,691.43 |
| **TOTAL DISBURSEMENTS** | $0.00 | $574,751.09 | $551,909.01 | $34,252.10 |

4) This case was originally filed under Chapter 7 on December 31, 2010. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/27/2012               By: /s/NORMAN NEWMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| | 1129-000 | 12,500.00 |
| 2006 Cadillac Escalde | 1129-000 | -12,500.00 |
| APS Business Checking Account at Chase Bank | 1129-000 | 277.60 |
| APS Business Checking Account at Chase Bank | 1129-000 | 3,116.40 |
| APS Business Savings Account at Chase Bank | 1129-000 | 0.26 |
| APS Business Checking Account at National Republ | 1129-000 | 856.81 |
| Accounts receivable City of Johnsburg ($68,000); | 1121-000 | 17,500.00 |
| 2006 Cadillac Escalade | 1129-000 | 12,500.00 |
| Interest Income | 1270-000 | 1.03 |
| **TOTAL GROSS RECEIPTS** | | **$34,252.10** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Ford Motor Credit Company LLC | 4110-000 | N/A | 11,842.08 | 0.00 | 0.00 |
| 8S | Covington & Burling LLP | 4110-000 | N/A | 10,000.00 | 0.00 | 0.00 |
| | United Central Bank | 4220-000 | N/A | 17,500.00 | 17,500.00 | 17,500.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$39,342.08** | **$17,500.00** | **$17,500.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 4,175.21 | 4,175.21 | 4,175.21 |
| Much Shelist, et.al. | 3120-000 | N/A | 105.70 | 105.70 | 105.70 |
| Much Shelist, et.al. | 3110-000 | N/A | 11,165.00 | 10,165.00 | 10,165.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.45 | 30.45 | 30.45 |
| The Bank of New York Mellon | 2600-000 | N/A | -5.45 | -5.45 | -5.45 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.37 | 34.37 | 34.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.16 | 33.16 | 33.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.51 | 36.51 | 36.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.15 | 34.15 | 34.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.26 | 36.26 | 36.26 |
| International Sureties, Ltd. | 2300-000 | N/A | 13.50 | 13.50 | 13.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.77 | 32.77 | 32.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.82 | 33.82 | 33.82 |
| Margaret M. Hunn | 3410-000 | N/A | 234.00 | 234.00 | 234.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.62 | 32.62 | 32.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.58 | 36.58 | 36.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.02 | 32.02 | 32.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.27 | 35.27 | 35.27 |
| The Bank of New York Mellon | 2600-000 | N/A | -35.27 | -35.27 | -35.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $16,060.67 | $15,060.67 | $15,060.67 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Venn Strategies | 7100-000 | N/A | 7,500.00 | 7,500.00 | 24.43 |
| 7 | BankFinancial, F.S.B., as successor | 7100-000 | N/A | 179,034.63 | 179,034.63 | 583.09 |
| 8U | Covington & Burling LLP | 7100-000 | N/A | 10,470.40 | 10,470.40 | 34.10 |
| 9 | James Fiore | 7100-000 | N/A | 156,570.90 | 156,570.90 | 509.92 |
| 10 | United Central Bank | 7100-000 | N/A | 165,772.41 | 165,772.41 | 539.89 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $519,348.34 | $519,348.34 | $1,691.43 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-57829 | Trustee: (330560) NORMAN NEWMAN |
| Case Name: ADVANCED PRACTICAL SOLUTIONS, LLC | Filed (f) or Converted (c): 12/31/10 (f) |
| | §341(a) Meeting Date: 03/17/11 |
| Period Ending: 09/27/12 | Claims Bar Date: 08/05/11 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | APS Business Checking Account at Chase Bank    Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 28 | 277.60 | 277.60 | | 277.60 | FA |
| 2 | APS Business Checking Account at Chase Bank    Orig. Asset Memo: Imported from original petition Doc#: 12; Imported from Amended Doc#: 28 | 1,292.55 | 1,292.55 | | 3,116.40 | FA |
| 3 | APS Business Savings Account at Chase Bank    Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 28 | 0.26 | 0.26 | | 0.26 | FA |
| 4 | APS Business Checking Account at National Republi    Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 28 | 893.88 | 893.88 | | 856.81 | FA |
| 5 | Accounts receivable City of Johnsburg ($68,000);    Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 28 | 94,600.32 | 94,600.32 | | 17,500.00 | FA |
| 6 | Office Equipment    Orig. Asset Memo: Imported from original petition Doc# 12; Imported from Amended Doc#: 28 | 500.00 | 500.00 | DA | 0.00 | FA |
| 7 | 2006 Cadillac Escalade | Unknown | 0.00 | | 12,500.00 | 0.00 |
| 8 | 2007 Lincoln Navigator | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | VOID    Orig. Asset Memo: Imported from Amended Doc#: 28 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | VOID    Orig. Asset Memo: Imported from Amended Doc#: 28 | 0.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 1.03 | FA |
| 11 | **Assets    Totals** (Excluding unknown values) | **$97,564.61** | **$97,564.61** | | **$34,252.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sold vehicle.  Hired accountant to prepare tax returns.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number:  10-57829
Case Name:  ADVANCED PRACTICAL SOLUTIONS, LLC

Period Ending: 09/27/12

Trustee:  (330560)  NORMAN NEWMAN
Filed (f) or Converted (c):  12/31/10 (f)
§341(a) Meeting Date:  03/17/11
Claims Bar Date:  08/05/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    July 31, 2012          Current Projected Date Of Final Report (TFR):    July 25, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-57829 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | ADVANCED PRACTICAL SOLUTIONS, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******57-65 - Checking Account |
| Taxpayer ID #: | **-***3711 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/27/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/07/11 | {5} | Mactec | Account Receivable | 1121-000 | 3,500.00 | | 3,500.00 |
| 04/07/11 | {5} | DCI Group AZ, LLC | Account Receivable | 1121-000 | 4,000.00 | | 7,500.00 |
| 04/07/11 | {5} | Intralot, Inc. | Account Receivable | 1121-000 | 10,000.00 | | 17,500.00 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 17,500.11 |
| 05/02/11 | {4} | The National Republic Bank of Chicago | Turnover of Bank Account | 1129-000 | 856.81 | | 18,356.92 |
| 05/02/11 | | Chase | Turnover of Bank Account | | 3,394.26 | | 21,751.18 |
| | {1} | | | 277.60 | 1129-000 | | 21,751.18 |
| | {3} | | | 0.26 | 1129-000 | | 21,751.18 |
| | {2} | | | 3,116.40 | 1129-000 | | 21,751.18 |
| 05/02/11 | 1001 | United Central Bank | ACCOUNT RECEIVABLE | 4220-000 | | 17,500.00 | 4,251.18 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 4,251.24 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,251.27 |
| 07/29/11 | {7} | Strategic Partnership Alliance, Ltd. | 2006 Cadillac Escalade | 1129-000 | 12,500.00 | | 16,751.27 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 16,751.30 |
| 07/29/11 | {7} | Deposit Reversal | | 1129-000 | -12,500.00 | | 4,251.30 |
| 08/04/11 | | Ledger Adjustment Reversal #5 | | 1129-000 | 12,500.00 | | 16,751.30 |
| 08/04/11 | | Strategic Partnership Alliance | 2006 Cadillac Escalde | 1129-000 | -12,500.00 | | 4,251.30 |
| 08/09/11 | {7} | Fifth Third Bank | 2006 Cadillac Escalade | 1129-000 | 12,500.00 | | 16,751.30 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 16,751.42 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.45 | 16,720.97 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -5.45 | 16,726.42 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,726.55 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.37 | 16,692.18 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 16,692.32 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.16 | 16,659.16 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,659.29 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.51 | 16,622.78 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 16,622.92 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.15 | 16,588.77 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 16,588.91 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.26 | 16,552.65 |
| 02/07/12 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #10-57829, Bond#016026455 | 2300-000 | | 13.50 | 16,539.15 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.77 | 16,506.38 |

| | | | | Subtotals : | $34,252.10 | $17,745.72 | |

{} Asset reference(s)

Exhibit 9

# **Form 2**

Page: 2

## **Cash Receipts And Disbursements Record**

| | | |
|---|---|---|
| Case Number: | 10-57829 | |
| Case Name: | ADVANCED PRACTICAL SOLUTIONS, LLC | |
| | | |
| Taxpayer ID #: | **-***3711 | |
| Period Ending: | 09/27/12 | |

| | |
|---|---|
| Trustee: | NORMAN NEWMAN (330560) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******57-65 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.82 | 16,472.56 |
| 04/27/12 | 1003 | Margaret M. Hunn | Accounting Services Rendered 8/25/11 through 2/29/12 | 3410-000 | | 234.00 | 16,238.56 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.62 | 16,205.94 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.58 | 16,169.36 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.02 | 16,137.34 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.27 | 16,102.07 |
| 08/21/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -35.27 | 16,137.34 |
| 08/21/12 | 1004 | Norman B. Newman, Trustee | Final Trustee Compensation | 2100-000 | | 4,175.21 | 11,962.13 |
| 08/21/12 | 1005 | Much Shelist, et.al. | Final Compensation (4/1/11 - 6/6/12) | 3110-000 | | 10,165.00 | 1,797.13 |
| 08/21/12 | 1006 | Much Shelist, et.al. | Final Compensation for Expenses (4/1/11 - 6/6/12) | 3120-000 | | 105.70 | 1,691.43 |
| 08/27/12 | 1007 | Venn Strategies | Final Distribtuion Allowed by the Bankruptcy Court | 7100-000 | | 24.43 | 1,667.00 |
| 08/27/12 | 1008 | BankFinancial, F.S.B., as successor | Final Distribtuion Allowed by the Bankruptcy Court | 7100-000 | | 583.09 | 1,083.91 |
| 08/27/12 | 1009 | Covington & Burling LLP | Final Distribtuion Allowed by the Bankruptcy Court | 7100-000 | | 34.10 | 1,049.81 |
| 08/27/12 | 1010 | James Fiore | Final Distribtuion Allowed by the Bankruptcy Court | 7100-000 | | 509.92 | 539.89 |
| 08/27/12 | 1011 | United Central Bank | Final Distribtuion Allowed by the Bankruptcy Court | 7100-000 | | 539.89 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 34,252.10 | 34,252.10 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 34,252.10 | 34,252.10 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $34,252.10 | $34,252.10 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-57829 |
| Case Name: | ADVANCED PRACTICAL SOLUTIONS, LLC |
| Taxpayer ID #: | **-***3711 |
| Period Ending: | 09/27/12 |

| | |
|---|---|
| Trustee: | NORMAN NEWMAN (330560) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******57-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 34,252.10 | | | | |
| | | Net Estate : | $34,252.10 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******57-65 | 34,252.10 | 34,252.10 | 0.00 |
| | $34,252.10 | $34,252.10 | $0.00 |